*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
MONAHAN, STEPHENS, and GEIS
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Nieves G. RAMIREZ**
Private First Class (E-2), U.S. Marine Corps
Appellant

**No. 202000154**

Decided: 17 December 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
W. Arthur Record

Sentence adjudged 11 February 2020 by a special court-martial convened at Marine Corps Air Station Parris Island, South Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: a reduction to E-1, a bad-conduct discharge, confinement for 11 months, and forfeitures of $1,155 per month for 11 months.

For Appellant:
*Captain Kimberly D. Hinson, JAGC, USNR*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court